UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DEEP GREEN WIRELESS LLC,<br>Plaintiff, | : | C.A. No. 2:15-cv-2058 |
| v. | : | HONORABLE RODNEY GILSTRAP |
| MITEL NETWORKS CORPORATION, MITEL (DELAWARE), INC. and MITEL NETWORKS, INC.,<br>Defendants. | : | LEAD CASE |
| DEEP GREEN WIRELESS LLC,<br>Plaintiff, | : | C.A. No. 2:15-cv-2059 |
| v. | : | HONORABLE RODNEY GILSTRAP |
| YEALINK NETWORK TECHNOLOGY CO., LTD.,<br>Defendant. | : | |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

The Joint Motion for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) is hereby GRANTED. All claims of plaintiff Deep Green Wireless LLC ("Deep Green") against defendants Mitel Networks Corporation, Mitel (Delaware), Inc. and Mitel Networks, Inc., are hereby, DISMISSED WITH PREJUDICE. Each party shall bear its own costs and waive the right to pursue fees in connection herewith.

**SIGNED this 28th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE