**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| -----------------------------------------------------------------------x | : | |
| **DEEP GREEN WIRELESS LLC,** | : | **C.A. No.  2:15-cv-2058** |
| **Plaintiff,** | : | |
| | : | |
| | : | **HONORABLE RODNEY** |
| **v.** | : | **GILSTRAP** |
| | : | |
| | | |
| **MITEL NETWORKS CORPORATION, MITEL** | : | **LEAD CASE** |
| **(DELAWARE), INC. and** | : | |
| **MITEL NETWORKS, INC.,** | | |
| **Defendants.** | | |
| -----------------------------------------------------------------------x | : | |
| | : | |
| **DEEP GREEN WIRELESS LLC,** | : | **C.A. No.  2:15-cv-2059** |
| **Plaintiff,** | : | |
| | : | |
| | : | **HONORABLE RODNEY** |
| **v.** | : | **GILSTRAP** |
| | : | |
| | | |
| **YEALINK NETWORK TECHNOLOGY CO., LTD.,** | : | |
| **Defendant.** | : | |

## <u>JOINT MOTION FOR DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(2) and (c) of the Federal Rules of Civil Procedure, plaintiff Deep

Green Wireless LLC ("Deep Green") and defendant Yealink Network Technology Co., Ltd.

("Yealink") hereby jointly move for dismissal with prejudice of all claims by Deep Green against

Yealink and all counterclaims by Yealink against Deep Green.

The parties further move this Court to order that all costs and expenses relating to this

litigation shall be borne by the party incurring same and each party waives the right to pursue

fees.  A proposed Order accompanies this Motion pursuant to Local Court Rule CV-7(a).

Dated: June 8, 2016                                    Respectfully submitted,


By:  */s/ Charles Wizenfeld*                           By: */s/ Adam A. Allgood*
Mark Raskin                                            Rick L. Rambo
Robert Whitman                                         Texas State Bar No. 00791479
Charles Wizenfeld                                      rrambo@morganlewis.com
MISHCON DE REYA NEW YORK LLP                           Adam A. Allgood
Two Park Avenue, 20th Floor                          Texas State Bar No. 24059403
New York, NY 10016                                     aallgood@morganlewis.com
Telephone (212) 612-3270                               MORGAN, LEWIS & BOCKIUS LLP
Facsimile (212) 612-3297                               1000 Louisiana Street, Suite 4000
Mark.Raskin@mishcon.com                                Houston, Texas 77002
Robert.Whitman@mischon.com                             (713) 890-5000 Telephone
Charles.Wizenfeld@mishcon.com                          (713) 890-5001 Facsimile

Elizabeth L. DeRieux                                   *COUNSEL FOR DEFENDANT,*
TX Bar No. 05770585                                    *YEALINK NETWORK TECHNOLOGY*
CAPSHAW DERIEUX, LLP                                   *CO., LTD.*
114 E. Commerce Avenue
Gladewater, TX 75647
T: (903) 845-5770
Email: ederieux@capshawlaw.com


*COUNSEL FOR PLAINTIFF,*
*DEEP GREEN WIRELESS LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 8, 2016.

*/s/ Charles Wizenfeld*
Charles Wizenfeld