# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

```
-------------------------------------------------------------------x
                                                       :
DEEP GREEN WIRELESS LLC,                               :    C.A. No.  2:15-cv-2058
Plaintiff,                                             :
                                                       :
                                                       :
                                                       :    HONORABLE RODNEY
                        v.                             :    GILSTRAP
                                                       :
                                                       :
MITEL NETWORKS CORPORATION, MITEL                      :    LEAD CASE
(DELAWARE), INC. and                                   :
MITEL NETWORKS, INC.,                                  :
Defendants.                                            :
-------------------------------------------------------------------x
                                                       :
DEEP GREEN WIRELESS LLC,                               :    C.A. No.  2:15-cv-2059
Plaintiff,                                             :
                                                       :
                                                       :
                                                       :
                        v.                             :
                                                       :
                                                       :
YEALINK NETWORK TECHNOLOGY CO., LTD.,                  :
Defendant.                                             :
```

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The Joint Motion for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) and

(c) is hereby GRANTED.  All claims of plaintiff Deep Green Wireless LLC ("Deep Green")

against defendant Yealink Network Technology Co., Ltd. ("Yealink") and all counterclaims of

Yealink against Deep Green shall be, and are hereby, DISMISSED WITH PREJUDICE. Each party

shall bear its own costs and waive the right to pursue fees in connection herewith.

**SIGNED this 10th day of June, 2016.**

_____

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE